# Court of Appeals
# of the State of Georgia

ATLANTA, March 07, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1108. BRITTANY TRICE-HOLIDAY v. BILL JEUNE.**

Brittany Trice-Holiday filed a petition for custody, which the trial court dismissed on October 4, 2024. Because a custody case was pending in Pennsylvania, the court dismissed the Georgia action and awarded attorney fees to Bill Jeune. Trice-Holiday filed a motion for reconsideration from the ruling, which the trial court denied on December 5. On December 23, Trice-Holiday filed a notice of appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). A motion for reconsideration does not extend the time for filing an appellate challenge to an appealable order, and the denial of a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Consequently, the trial court's December 5 order is not appealable. *Bell*, 244 Ga. App. at 510-511; *Savage*, 173 Ga. App. at 271. And because Trice-Holiday's notice of appeal was filed 80 days after the trial court's October 4 order, it is untimely as to that order. See OCGA § 5-6-38 (a).

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __03/07/2025__

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*